UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

MICHAEL HOWARD HUNTER,

              Plaintiff,

   vs.

DR. RISENCK,

             Defendant.

NO.  CV-07-130-AMJ

ORDER ADOPTING REPORT AND
RECOMMENDATION, DENYING LEAVE TO
PROCEED *IN FORMA PAUPERIS* AND
CLOSING FILE

    Magistrate Judge John Jelderks filed a Report and Recommendation
on August 7, 2007, recommending Mr. Hunter's request to proceed *in
forma pauperis* be denied and the file be closed.  There being no
objections, the court **ADOPTS** the Report and Recommendation.
Plaintiff's request to proceed *in forma pauperis* is **DENIED**.

    **IT IS SO ORDERED**.  The District Court Executive is directed to
enter this Order, forward a copy to Plaintiff and close the file.

    **DATED** this    5th    day of September 2007.


                      s/ Fred Van Sickle
                      FRED VAN SICKLE
            UNITED STATES DISTRICT JUDGE

ORDER -- 1