UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL HOWARD HUNTER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DR. RISENCK,<br><br>　　　　　Defendant. | NO. CV-07-130-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DENY MOTIONS AND DENYING RECONSIDERATION |

**BEFORE THE COURT** are Plaintiff's Objections (Ct. Rec. 15) to the Report and Recommendation (Ct. Rec. 12) to deny his Motion to Vacate and File New Complaint and Appoint Counsel, his Motion to Appoint Counsel, and his Motion to Treat Supplemental Complaint as Petition for Writ of Habeas Corpus. Plaintiff also requests reconsideration of this matter.

After review of Plaintiff's submissions and the file, **IT IS ORDERED** the Report and Recommendation is **ADOPTED in its entirety** and Plaintiff's Motions (Ct. Recs. 9, 10 and 11) are **DENIED. IT IS FURTHER ORDERED** Plaintiff's request for reconsideration is **DENIED.**

This action was closed because Plaintiff failed to comply with the *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). He initiated this action while a prisoner at the Spokane County Jail, but failed to

ORDER ADOPTING REPORT AND RECOMMENDATION, DENY MOTIONS AND DENYING RECONSIDERATION -- 1

provide a certified copy of the six month statement of his inmate account, or institutional equivalent, and a completed Declaration and Application form, as directed. As previously advised, Plaintiff is free to file a new and separate action if he desires, following the procedural requirements of the *in forma pauperis* statute.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to Plaintiff at his last known address, and close the file.

**DATED** this   17th   day of March 2008.

                              s/ Fred Van Sickle
                              FRED VAN SICKLE
                              UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION, DENY MOTIONS AND DENYING RECONSIDERATION -- 2